OPINION — AG — ** EMPLOYMENT SECURITY COMMISSION — SURCHARGE — COLLECTION ** SECTION 14 OF ENROLLED HOUSE BILL NO. 1223 OF THE FIRST SESSION OF THE THIRTY-NINTH LEGISLATURE (1983) OPERATES PROSPECTIVELY FROM ITS EFFECTIVE DATE OF JUNE 23, 1983, TO ALLOW THE EMPLOYMENT SECURITY COMMISSION TO ASSESS AND COLLECT A SURCHARGE FOR THE THIRD QUARTER UNTIL JUNE 30, 1985, IF THE COMMISSION'S ESTIMATE FOR ANY SUCH QUARTER OF THE BALANCE OF THE UNEMPLOYMENT COMPENSATION FUND IS LESS THAN TWENTY FIVE MILLION DOLLARS ($25,000,000). (SURCHARGE, PROPORTION, COLLECTION) CITE: 40 O.S. 1-218 [40-1-218], 40 O.S. 2-102 [40-2-102], 40 O.S. 2-104 [40-2-104], 40 O.S. 3-106 [40-3-106], 40 O.S. 3-105 [40-3-105] 40 O.S. 3-109 [40-3-109], 40 O.S. 3-103 [40-3-103] 40 O.S. 1-218 [40-1-218], 40 O.S. 3-111 [40-3-111] (CHARGING EMPLOYERS, CONTRIBUTIONS, CORPORATIONS, WAGES) (GERALD E. WEIS)